IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE UNIVERSAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:13CV3032 |
| V. | ) ) | |
| L. P., a minor, ARMANDO PORTILLO, individually, NORMA PORTILLO, individually, VALLEY AMBULANCE SERVICES, INC., REGIONAL WEST MEDICAL CENTER, REGIONAL WEST PHYSICIANS CLINIC, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, MED-TRANS CORPORATION, UNIVERSITY PHYSICIANS INC., CHILDREN'S HOSPITAL COLORADO, and KIMBALL COUNTY HOSPITAL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Appointment of Guardian Ad Litem for Defendant L.P. (filing 17). In support of this motion, Plaintiff states that Defendant L.P. is an unrepresented, minor child. Upon review of the matter, the Court finds that a Guardian Ad Litem should be appointed to protect L.P.'s interests during the pendency of this case.

**IT IS ORDERED:**

1. Plaintiff's Motion for Appointment of Guardian Ad Litem (filing 17) is granted.

2. Bradley A. Boyum, Attorney at Law, 14301 First National Bank Parkway,

Suite 100, Omaha, Nebraska 68154, is appointed as Guardian Ad Litem to represent the interests of Defendant L.P. during the pendency of this action or until further order of the Court.

3. The Clerk of Court is directed to mail copies of this Order to Defendants in this case, as well as to Mr. Boyum at the address listed above.

**DATED March 5, 2013.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**