IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE UNIVERSAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:13CV3032 |
| V. | ) ) | |
| L. P., a minor, ARMANDO PORTILLO, individually, NORMA PORTILLO, individually, VALLEY AMBULANCE SERVICES, INC., REGIONAL WEST MEDICAL CENTER, REGIONAL WEST PHYSICIANS CLINIC, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, MED-TRANS CORPORATION, UNIVERSITY PHYSICIANS INC., CHILDREN'S HOSPITAL COLORADO, and KIMBALL COUNTY HOSPITAL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff has requested that the Court enter an order removing Bradley A. Boyum as L.P.'s guardian ad litem and appointing Rhonda Flower to replace Mr. Boyum (filing 25). Plaintiff contends that because L.P. resides in Kimball, Nebraska, any meeting between L.P. and Mr. Boyum, who resides in Omaha, Nebraska, will be difficult and necessitate extensive time, travel and expense.

Before ruling on Plaintiff's motion, the Court would like Mr. Boyum to provide his thoughts with respect to the amount of time and travel he believes will be reasonably necessary for him to serve as L.P.'s guardian ad litem.

Accordingly,

**IT IS ORDERED** that by or before April 5, 2013, Bradley A. Boyum shall submit a brief status report to the Court, providing his best estimate of the time, travel and expense which may be associated with him serving as guardian ad litem for L.P. in this matter.

**DATED March 19, 2013.**

                              **BY THE COURT:**

                              S/ F.A. Gossett
                              **United States Magistrate Judge**