IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>                 **Plaintiff,**<br><br>vs.<br><br>L. P., a minor; ARMANDO PORTILLO, individually; NORMA PORTILLO, individually; VALLEY AMBULANCE SERVICES, INC.; KIMBALL COUNTY HOSPITAL d/b/a Kimball Health Services; REGIONAL WEST MEDICAL CENTER; REGIONAL WEST PHYSICIANS CLINIC; NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MED-TRANS CORPORATION; UNIVERSITY PHYSICIANS INC.; and CHILDREN'S HOSPITAL COLORADO,<br><br>                 **Defendants.** | CASE NO. 4:13CV3032<br><br><br>ORDER |

      This matter is before the Court on the Suggestion in Bankruptcy (Filing No. 32) filed by Defendants Armando Portillo and Norma Portillo. The Portillos have indicated that, on or about May 6, 2013, they filed in the United States Bankruptcy Court for the District of Nebraska a petition for relief under Chapter 7 of Title 11 of the United States Code. (*See* Notice of Bankruptcy Case Filing, Filing No. 32-1.) Pursuant to NEGenR 1.5(a) and 28 U.S.C. § 157, this matter will be referred to the United States Bankruptcy Court for the District of Nebraska.

      Accordingly,

      IT IS ORDERED:

      1.    This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.	This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3.	The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 8th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge