IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE UNIVERSAL INSURANCE CO.,<br><br>Plaintiff,<br><br>vs.<br><br>L. P., a minor; ARMANDO PORTILLO, individually; NORMA PORTILLO, individually; VALLEY AMBULANCE SERVICES, INC.; KIMBALL COUNTY HOSPITAL d/b/a Kimball Health Services; REGIONAL WEST MEDICAL CENTER; REGIONAL WEST PHYSICIANS CLINIC; NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MED-TRANS CORPORATION; UNIVERSITY PHYSICIANS INC.; and CHILDREN'S HOSPITAL COLORADO,<br><br>Defendants. | CASE NO. 4:13CV3032<br><br><br><br>ORDER |
| IN THE MATTER OF:<br><br>ARMANDO PORTILLO and NORMA PORTILLO,<br><br>Debtors, | CASE NO. BK13-40878-TLS<br><br>A13-4026-TLS<br><br>CH. 7 |

This matter is before the Court on the Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Saladino (Filing No. 34) recommending that this Court withdraw the reference of this matter to the bankruptcy court. The time for filing objections to the Report and Recommendation has passed. *See* NEGenR 1.5(b). No objections have been filed under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, the Report and Recommendation should be adopted.

IT IS ORDERED:

1. The Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Saladino (Filing No. 34) is adopted;

2. The Order of Reference (Filing No. 33) to the U.S. Bankruptcy Court for the District of Nebraska is withdrawn; and

3. This case shall progress in this Court.

Dated this 31th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge